# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Shahira Nader,<br><br>          Plaintiff,<br><br>v.<br><br>Cleopatra Restaurant, Inc., et al,<br><br>          Defendants, | **DEFAULT JUDGMENT IN A CIVIL CASE**<br><br>CIV 13-1051-PHX-MHB |

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order of May 27, 2014, default judgment is entered in favor of Plaintiff and against Defendants, Cleopatra Restaurant, Inc., Ali Othman, Antone Youssef in the amount of $166,050.00, together with interest from August 6, 2012, amounting to $30,360.97 as of April 13, 2014, plus costs and disbursements of this action in the amount of $980.50 and attorneys' fees in the amount of $19,068.50, amounting in all to $216,459.97. This case is hereby terminated.

|   | |
|---|---|
|    May   27,   2014<br>Date | BRIAN  D.  KARTH<br>DCE/Clerk of Court<br><br>.   s/   Ruth E. Williams<br>By    Ruth E. Williams<br>        Deputy Clerk |